1 | DENNIS J. HERRERA, State Bar #139669
City Attorney
2 | JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
3 | MEGHAN K. HIGGINS, State Bar #235685
Deputy City Attorney
4 | Fox Plaza
1390 Market Street, 6th Floor
5 | San Francisco, California 94102-5408
Telephone: (415) 554-3896
6 | Facsimile: (415) 554-3837
E-Mail: Meghan.Higgins@sfgov.org

Attorneys for Defendant
SAN FRANCISCO SHERIFF'S DEPARTMENT

***E-FILED - 6/18/08***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR M. BETANCOURT,<br><br>Plaintiff,<br><br>vs.<br><br>SAN BRUNO COUNTY JAIL FACILITY COMMANDER,<br><br>Defendant. | Case No. C 07-0620 RMW (PR)<br><br>**[] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL MATERIALS RELATED TO MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing Judge:   Hon. Ronald Whyte<br><br>Date Action filed:   January 31, 2007<br>Trial Date:   Not set<br><br>Filed Pursuant to Court's Order of October 17, 2007, which called for the motion to be filed without setting a hearing date. |

MSJ: Order Granting Motion to File Under Seal
**Betancourt vs. San Francisco Sheriff's Department**
**C07-0620 RMW (PR)**

1

n:\lit\li2008\080630\00472374.doc

**[] ORDER**

The administrative motion to file documents under seal is GRANTED.  Defendant may file the following item under seal:

**(1)** EXHIBIT A OF THE DECLARATION OF JOE GOLDENSON, M.D., IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT.

IT IS SO ORDERED.

Dated:  6/18/08

By: *Ronald M. Whyte*
Hon. Ronald Whyte
United States District Judge

MSJ:  Order Granting Motion to File Under Seal
**Betancourt vs. San Francisco Sheriff's Department**
**C07-0620 RMW (PR)**
2
n:\lit\li2008\080630\00472374.doc

**PROOF OF SERVICE**

I, ANNA BURCIAGA, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, Fifth Floor, San Francisco, CA 94102.

On March 17, 2008, I served the following document(s):

**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL MATERIALS RELATED TO MOTION FOR SUMMARY JUDGMENT**

on the following persons at the locations specified:

Oscar Betancourt
3173 26th Street
San Francisco, CA 94103
Telephone (415) 643-5155

in the manner indicated below:

☐ **BY UNITED STATES MAIL**: Following ordinary business practices, I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and mailing with the United States Postal Service. I am readily familiar with the practices of the San Francisco City Attorney's Office for collecting and processing mail. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be deposited, postage prepaid, with the United States Postal Service that same day.

☒ **BY PERSONAL SERVICE**: I sealed true and correct copies of the above documents in addressed envelope(s) and caused such envelope(s) to be delivered by hand at the above locations by a professional messenger service. **A declaration from the messenger who made the delivery ☐ is attached or ☐ will be filed separately with the court.**

☐ **BY OVERNIGHT DELIVERY**: I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and delivery by overnight courier service. I am readily familiar with the practices of the San Francisco City Attorney's Office for sending overnight deliveries. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be collected by a courier the same day.

☐ **BY FACSIMILE**: Based on a written agreement of the parties to accept service by fax, I transmitted true and correct copies of the above document(s) via a facsimile machine at telephone number Fax #' to the persons and the fax numbers listed above. The fax transmission was reported as complete and without error. The transmission report was properly issued by the transmitting facsimile machine, and **a copy of the transmission report ☐ is attached** or **☐ will be filed separately with the court**.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed March 17, 2008, at San Francisco, California.

*/s/ Anna Burciaga*
ANNA BURCIAGA

MSJ: Order Granting Motion to File Under Seal
Betancourt vs. San Francisco Sheriff's Department
C07-0620 RMW (PR)        3        n:\lit\li2008\080630\00472374.doc