1

2

3

4                                             ***E-FILED - 1/15/09***

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8             FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   OSCAR M. BETANCOURT,              )        No. C 07-0620 RMW (PR)
                                       )
11                  Plaintiff,         )        JUDGMENT
                                       )
12      vs.                            )
                                       )
13   SAN BRUNO COUNTY JAIL             )
     FACILITY COMMANDER,               )
14                                     )
                    Defendant.         )
15   _____ )

16

17        The court has granted defendant's motion for summary judgment.  Judgment is entered in

18   favor of defendant and against plaintiff.  The clerk shall close the file.

19        IT IS SO ORDERED.

20   DATED: __1/13/09_____

21                                             RONALD M. WHYTE
                                               United States District Judge
22

23

24

25

26

27

28